# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

June 09, 2011

Mr. David Anthony Stebbins
Apt. 5
1407 N. Spring Road
Harrison, AR  72601

     RE:  11-8013  David Stebbins v. Reliable Heat & Air, LLC, et al

Dear Mr. Stebbins,

     A petition for permission to appeal has been filed under the caption and miscellaneous case number shown above.

     The Clerk of the United States District Court is being notified of the filing of the petition. If the petition is granted, petitioner must pay the district court all required fees. Please refer to Federal Rule of Appellate Procedure 5 and the applicable statutory sections for further guidance and information.

     On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

                                         Michael E. Gans
                                         Clerk of Court

BNS

Enclosure(s)

cc:     Mr. Gary W. Allman
          Ms. Ann Thompson

     District Court/Agency Case Number(s):   6:10-cv-03305-RED

Caption For Case Number: 11-8013

**David Anthony Stebbins**

    Petitioner

v.

**Reliable Heat & Air, LLC; Randal Richardson**

    Respondents

**Addresses For Case Participants:   11-8013**

Mr. David Anthony Stebbins
Apt. 5
1407 N. Spring Road
Harrison, AR  72601

Mr. Gary W. Allman
P.O. Box 5049
Branson, MO  65615

Ms. Ann Thompson
U.S. DISTRICT COURT
Western District of Missouri Clerk's Office
222 N. John Q. Hammons Parkway
Suite 1400
Springfield, MO  65806-0000