# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 11-8013
_____

David Anthony Stebbins

Petitioner

v.

Reliable Heat & Air, LLC; Randal Richardson

Respondents

_____

Appeal from U.S. District Court for the Western District of Missouri - Springfield
(6:10-cv-03305-RED)
_____

**JUDGMENT**

Petition for permission to appeal has been considered by the court and is denied.

June 13, 2011

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
   /s/ Michael E. Gans