# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 11-8013

David Anthony Stebbins

Petitioner

v.

Reliable Heat & Air, LLC and Randal Richardson

Respondents

___

Appeal from U.S. District Court for the Western District of Missouri - Springfield
(6:10-cv-03305-RED)
___

**MANDATE**

In accordance with the judgment of 06/13/2011, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

June 13, 2011

Clerk, U.S. Court of Appeals, Eighth Circuit