11-8013  David Stebbins v. Reliable Heat & Air, LLC, et al

## Eighth Circuit Court of Appeals

**PRO SE Notice of Docket Activity**

The following was filed on 06/16/2011

**Case Name:**    David Stebbins v. Reliable Heat & Air, LLC, et al
**Case Number:**  11-8013

**Docket Text:**
PETITION for rehearing by panel filed by Petitioner Mr. David Anthony Stebbins w/service 06/14/2011. Petition for writ of mandamus filed by Mr. Stebbins is construed as a petition for rehearing. [3799408] [11-8013]

**The following document(s) are associated with this transaction:**
Document Description:  Petition for Writ of Mandamus Construed as Petitin for Rehearing

**Notice will be mailed to:**

**Notice will be electronically mailed to:**

Mr. Gary W. Allman: garywallman@gmail.com
Mr. David Anthony Stebbins: stebbinsd@yahoo.com
Ms. Ann Thompson: